WHITFORD v. GASKILL

No. 399PA95

Case below: 345 N.C. 475

Petition by plaintiff to rehear pursuant to Rule 31 allowed 19 March 1997 for the sole purpose of entering the following order: Delete the following clause at the end of the last paragraph on the last page of the opinion: "for entry of judgment consistent with this opinion." and substitute the following clause in lieu thereof: "for further proceedings not inconsistent with this opinion."